■ In the Matter of ALAN R. THRASHER, Appellant, v SCOTT D. BARNES, as President of Cayuga County Community College Faculty Association, et al.,

Respondents. — Judgment unanimously affirmed, without costs. (See *Matter of Lewis v Klepak,* 65 AD2d 637, mot for lv to app den 46 NY2d 711.) (Appeal from judgment of Cayuga Supreme Court, De Pasquale, J. — art 78.) Present — Simons, J. P., Hancock, Jr., Callahan, Denman and Schnepp, JJ.